AO 93 (Rev. 12/09) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT

for the

District of New Mexico

FILED
U.S. DISTRICT COURT
DISTRICT OF NEW MEXICO
2019 AUG 19 PM 1:10
CLERK-LAS CRUCES

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* ) Case No. 19-951 MR
)
15125 Montezuma RD SE, Deming, NM 88030 )
)
)

## SEARCH AND SEIZURE WARRANT

To:    Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ District of _____ New Mexico _____
*(identify the person or describe the property to be searched and give its location):*
See attachment A

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:
See attachment B

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before  Aug. 21, 2019
                                                                          *(not to exceed 14 days)*

☑ in the daytime 6:00 a.m. to 10 p.m.   ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge
Carmen E. Garza
*(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)* ☐ for _____ days *(not to exceed 30)*.
                                                                   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:  8/8/19  3:00 p.m.                        _____
                                                                                                                 *Judge's signature*

City and state:   Las Cruces, NM                     Carmen Garza, U.S. Magistrate Judge
                                                                                *Printed name and title*

AO 93 (Rev. 12/09) Search and Seizure Warrant (Page 2)

# Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 781125-19-0017 | 8/8/2019 ≈ 7:00PM | On kitchen counter |

Inventory made in the presence of:
SA Nixon

Inventory of the property taken and name of any person(s) seized:

Please see attached

# Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 8/19/2019

_____
Executing officer's signature
SA 2773

Sterling Nixon, Special Agent
Printed name and title

## ATTACHMENT A

## DESCRIPTION OF PROPERTY TO BE SEARCHED

The target residence is located at 15125 Montezuma RD SE, Deming, NM 88030. The area to be searched is described as the following: one single-wide trailers with two add ons (the singlewide is faces south); two mobile campers; any vehicles (whether operable or not) on the property. Any sheds, trailers, and storage areas. Any area within the entire property (approximately 6.5 acres).



## ATTACHMENT B

## ITEMS TO BE SEIZED

Evidence of violations of 18 United States Code § 922(g)(1), and 18 United States Code § 5861:

- Any and all records, photographs, and documents, however stored, phones, memory sticks, flash drives, computer towers, iPads, relating to violations of Title 18 United States Code Sections 922(g)(1).

- Any and all firearms and/or ammunition, and records and documents, however stored, phones, memory sticks, flash drives, computer towers, iPads, relating to violations of Title 18 United States Code Sections 922(g)(1).

- All unregistered NFA Weapons to include but not limited to: grenades, destructive devices, silencers, and machine guns. Improvised explosive devices and unassembled components of these devices, to include grenade casts, gun powder, smokeless powder, fuses, photographs of firearms and receipts of the purchase these items; other tangible properties as to the purchase, acquisition, ownership, maintenance, sale or transfer of NFA firearms and any other items that constitute contraband; an records and documents, however stored, phones, memory sticks, flash drives, computer towers, iPads, relating to violations of Title 26 United States Code Sections 5845, 5861(c), and 5861(d).

- Indicia of ownership of any and all occupants of the residence.

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

# Receipt for Property and Other Items

Page 1 of ___

Case/Inspection Number: 781125-19-0016
Case/Inspection Title: MARSHALL
Office: LCFO

Taken from: Jeffery Marshall, 15125 Motezuma Rd SE, Deming, NM

Recipient: ATF, 166 S Roadrunner Pkwy Ste 2C, Las Cruces, NM 88011

Location of Transfer or Seizure: Deming, NM

Basis for Transfer or Seizure of Items: Search Warrant

| Amount or Quantity | Description of Item(s) |
|---|---|
| 1 | Walther, M&P, .22 cal, SN: MPU16090 |
| 1 | Sig Sauer, 1911, .45 cal, SN: 54A013309 |
| 1 | Taurus, 709 9mm, SN: TJY07122 |
| 1 | Savage, Axis, 243, SN: H260777 |
| 1 | Winchester, 70, .270, SN: G2415750 |
| 1 | Intratec, CAT 9, 9mm, SN: 001292 |
| 1 | Black ZTE Cellphone |
| 1 | J Stevens Arms, 7460, .12 ga, no SN |
| 1 | Remington 870, .12 ga, SN: RS21455N |
| 1 | Henry Rifle, GB006755M |
| 1 | Henry Rifle, GB131557 |
| 1 | Remington, 700, A6707143 |
| 1 | Remington, 700, 30-06, A6276345 |
| 1 | 30-06, 275545 |
| 1 | American Tactical, Omni, NS169783 |
| 1 | Ruger, 1022, 35798424 |
| 1 | Glock 36, KKP034 |
| 1 | Glock 31, FAK071US |
| 1 | Green AR-Type lower |

I hereby acknowledge receipt of the above item(s) into my custody.

Received by: (signature) SA 6035    Date: 8/8/19
Transferred by: (signature, if appropriate) N/A    Date: ___
Witnessed by: (signature)    Date: 8/8/19

ATF Form 3400.23
Revised March 2005

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

# Receipt for Property and Other Items

Page 2 of __

| Case/Inspection Number | Case/Inspection Title | Office |
|---|---|---|
| 781125-19-006 | MARSHALL | LCFO |

**Taken from:** *(name, title, address, if appropriate)*
Jeffrey Marshall
15125 Montezuma Rd SE
Deming, NM

**Recipient:** *(name, title, address, if appropriate)*
ATF
166 S Roadrunner Ste 2C
Las Cruces, NM 88011

**Location of Transfer or Seizure**
Deming, NM

**Basis for Transfer or Seizure of Items:**
Search Warrant

| Amount or Quantity | Description of Item(s) |
|---|---|
| 1 | Assorted firearms parts in green rifle case |
| 1 | Hi-Standard, Model B, 24499- |
| 1 | Bulk assorted ammunition |
| 1 | Bulk smokeless powders |

*Nothing follows*

I hereby acknowledge receipt of the above item(s) into my custody.

**Received by:** *(signature)*  SA 6035   **Date:** 8/8/19

**Transferred by:** *(signature, if appropriate)*  N/A   **Date:**

**Witnessed by:** *(signature)*   **Date:** 8/8/19

ATF Form 3400.23
Revised March 2005

15125 Matezuma Rd SE Deming, NM Search Warrant  8/8/19

- Lead .22cal found by SA Tessitore on porch main house
- Smith & Wesson made by Carl Walther, MP .22 cal pistol, made in Germany, SN: WPH16090, Room E + magazine
- 20 rnds .22 cal ass w/ above firearm, Room E
- Sig Sauer, 1911, .45 cal, SN: 54A013309 Exeter NH, Room E + magazine
- 6 rnds .45 cal ass w/ above firearm, Room E
- 53 rnds .45 cal in boxes, Room E
- 10 rnds .22 cal from magazine Room E
- Taurus, TQ9, 9mm, SN: TJY07122, Miami, FL w/holster found, Room E
- 6 rnds 9mm ass w/ Taurus, Room E
- Savage, 2U3, Axis, SN: H261777, Room E
- Winchester, 70, .270, SN: G2415759, Room E
- Interatec, CAT 9, 9mm, 001292, Room E w/ magazine
- 6 rnds 9mm ass w/ Interatec
- 6 rnds .45 cal from magazine Room E
- 8 rnds 30-30 Winchester Room E, Federal
- Black ZTE Cell Phone cracked screen, Room E
- 1 box bulk .22 LR Remington, Room E
- 7 Steers Arms, T460, 12ga, Room G
- Remington, 870, RS214155N, 12ga, Room G
- Henry R.fle, GB006455M, Room G
- Henry Rifle, .22 cal LR, GB131557, Room G
- Remington, 700, 6mm, A6707143, Room G
- Remington, 700, 30-06, A6276345, Room G
- Bulk assorted ammo, Room G

- 30-06, 275545, Room G
- American Tactical, NS169783, Omni w/ mag, Room F
- 14 rnds .223 ass/w American Tactical, Room F
- Ruger, 1022, .22LR, 357-98424, Room D
- Glock 36, .45, KKP034, Room D
- 12 rnds, .45 cal, from Glock 36, Room D
- Glock 31, .357, FAK071US, Room D
- 12 rnds .357 cal, from Glock 31, Room D
- Green AR-Type lower, no markings, Room D
- 54 rnds, .22 LR, Room D
- Assorted firearms parts, in Green hard sided rifle case, Room D
- Hi-Standard, Model B, .22 cal, SN: 24499, Room D
- Bulk ammo, Room D
- Box containing bulk ammo, Room D
- Bulk ammo, Ambulance
- Folder labeled "Targets", Conex Box
- ~~(2) green boxes, spent casings, Conex Box~~ not collected SA6035
- .22 LR Ammo, bulk, Conex Box
- Assorted smokeless powders, Ambulance

Nothing follows

SA6035
8/8/19